PAUL S. AOKI, 1286
Corporation Counsel Designate

AUDREY L. E. STANLEY, 9214
TRACY S. FUKUI, 7111
DONOVAN A. ODO, 8816
Deputies Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawaiʻi 96813
Telephone: (808) 768-5233 / (808) 768-5236 / (808) 768-5134
Facsimile: (808) 768-5105
Email address: audrey.stanley@honolulu.gov / tracy.fukui@honolulu.gov / donovan.odo@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and THAYNE COSTA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SARAH VARGAS,<br><br>   Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF HONOLULU, DAVID OH, and THAYNE COSTA,<br><br>   Defendants. | CIVIL NO. CV19-00116 LEK/WRP<br><br>DEFENDANTS CITY AND COUNTY OF HONOLULU AND THAYNE COSTA'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS CITY AND COUNTY OF HONOLULU AND THAYNE COSTA'S MOTION TO BIFURCATE TRIAL; CERTIFICATE OF SERVICE<br><br>Trial Date: February 16, 2021 |

DEFENDANTS CITY AND COUNTY OF HONOLULU AND
THAYNE COSTA'S REPLY TO PLAINTIFF'S RESPONSE TO
DEFENDANT CITY AND COUNTY OF HONOLULU'S
AND THAYNE COSTA'S MOTION TO BIFURCATE TRIAL

Defendants City and County of Honolulu and Thayne Costa hereby submit their reply to Plaintiff's Response Defendants City and County of Honolulu and Thayne Costa's Motion to Bifurcate Trial ("Response"), Filed September 8, 2020.

I.  ARGUMENT

Plaintiff does not oppose bifurcation.  *See* Response, Doc. No. 196, at 2. Claims against Thayne Costa should go first for efficiency and judicial economy reasons.  *See* Defendants City and County of Honolulu and Thayne Costa's Motion to Bifurcate Trial, Doc. No. 188, at 6 (explaining that if Plaintiff does not prevail on the underlying tort(s) or constitutional violation, then the need for a trial on the *Monell*/negligent training claims is moot).  The claims against Thayne Costa that should be tried in the first trial consist of the following:[1]

- Count V, negligence against Thayne Costa, vicarious liability for the City
- Count VII negligent infliction of emotional distress against Thayne Costa, vicarious liability for the City

---

[1] To find liability, a jury must find that there was a sexual assault.  In other words, Thayne Costa's liability is predicated on Oh's liability under Count IV for sexual assault.  *See Ferrari Fin. Servs. v. Yokoyama*, No. 18-00136 JAO-RLP, 2018 U.S. Dist. LEXIS 165507, at *5-6 (D. Haw. Sep. 6, 2018).

Then, direct liability claims against the City should be tried in the second trial if the jury found a sexual assault/constitutional violation occurred. These consist of the following:

- Count I, *Monell* 14th amendment violation claim premised on facially deficient training
- Count II, *Monell* 4th amendment violation claim premised on facially deficient training
- Count VI, negligent training/supervision for Thayne Costa's conduct

II.  CONCLUSION

Based on the foregoing, the City and Thayne Costa respectfully request that the motion be granted.

DATED:  Honolulu, Hawai'i, September 15, 2020.

<div style="margin-left:40%">

PAUL S. AOKI
Corporation Counsel Designate

By:  /s/ Audrey L. E. Stanley
AUDREY L. E. STANLEY
TRACY S. FUKUI
DONOVAN A. ODO
Deputies Corporation Counsel

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and THAYNE COSTA

</div>