# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-CV-00116-LEK-WRP |
| CASE NAME: | Sarah Vargas vs. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Daniel G. Hempey, Esq.<br>Mateo Caballero, Esq.<br>Brian Keith Mackintosh, Esq. |
| ATTYS FOR DEFT: | Audrey L.E. Stanley, Esq.<br>Donovan Asao Odo, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | ATT |
| DATE: | 06/30/2021 | TIME: | 11:30 a.m. - 11:45 a.m. |

COURT ACTION:  EP: FINAL PRETRIAL CONFERENCE

The Court held a Final Pretrial Conference by telephone.

The Court confirmed jury selection followed by jury trial is set to go forward on 8/3/2021 at 9:00 a.m. before District Judge Leslie E. Kobayashi.

The parties represent they expect trial to last 15 days (5 days for Plaintiff; 5 to 10 days for Defendant).

The Court encourages the parties to contact the Court at any time if further settlement discussions would be productive.

   *Submitted by: Juliet Parker, Courtroom Manager.*