IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SARAH VARGAS, | ) | CV 19-00116 LEK-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY AND COUNTY OF HONOLULU; DAVID OH; THAYNE COSTA; DOES 1-100, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S RENEWED REQUEST TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT DAVID OH

Findings and Recommendation having been filed and served on all parties on January 09, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(c) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiff's Renewed Request to Enter Default Judgment Against Defendant David Oh", ECF No. 448, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, JANUARY 26, 2023.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge