IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SARAH VARGAS , | ) | CV 19-00116 LEK-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY AND COUNTY OF HONOLULU; DAVID OH; AND THAYNE COSTA, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT IN PART PLAINTIFF'S MOTION FOR DAMAGES AGAINST DAVID OH

Findings and Recommendation having been filed and served on all parties on February 01, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part Plaintiff's Motion for Damages Against David Oh", ECF No. 477, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, March 5, 2024.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge